IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEYSTONE CONSTRUCTION AND EARTHWORKS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL CONTRACTORS, LLC, *et al.*,<br><br>　　　　Defendants. | No. 4:24-CV-01614<br><br>(Chief Judge Brann) |

## ORDER

### OCTOBER 9, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Mutual's motion for judgment on the pleadings under Federal Rule of Civil Procedure 12(c) is **GRANTED**;

    a. Specifically, Count IV of Keystone's Second Amended Complaint is **DISMISSED** without prejudice.

2. Keystone may file an amended complaint no later than November 5, 2025. If no amended complaint is filed by that date, the claims against Mutual will be subject to dismissal with prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge